# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Katherine York-Nelson** | Case No.: 10-cv-05888-EDL |
| Plaintiff, | [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| v. | |
| **Rickenbacker Collection Services** | Hon. Elizabeth D. Laporte |
| Defendant. | |

Based upon the Plaintiff's Unilateral Notice of Dismissal, and good cause, this Court hereby orders the entire action to be, and is, dismissed without prejudice.

IT IS SO ORDERED.

Dated: _June 15, 2011____



HON. _____
Judge Elizabeth D. Laporte

[PROPOSED] ORDER                Page 1 of 1                10-cv-05888-EDL